# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 14, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140216(55)

_____

In re C.V., Minor.

_____

DEAN CUNNINGHAM and RITA
CUNNINGHAM,
       Petitioners-Appellants,

v

       SC: 140216
       COA: 290439
       Shiawassee CC Family Division:
       08-003565-AO

DEPARTMENT OF HUMAN SERVICES,
       Respondent-Appellee.

_____/

On order of the Court, the motion for reconsideration of this Court's March 24, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 14, 2010

_____
Clerk

d0511